

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-119-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| ALEJANDRO HERRERA-GARCIA, MARIANO HERRERA-GARCIA and FRANCISCO RODRIGUEZ, JR., | |
| Defendants. | |

Pending before the Court is the Unopposed Motion of the United States of America under Fed. R. Crim. P. 48(a) for an order dismissing the indictment with Prejudice (Doc. 52) For good cause shown,

**IT IS HEREBY ORDERED** that the motion to dismiss indictment is **GRANTED**. The indictment is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the trial in this matter set for March 23, 2020 at 9:00 a.m. is **VACATED**.

DATED this 10th day of February, 2020.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1